**STEVEN E. FELDMAN**
California Bar No. 56979
LAW OFFICES OF STEVEN E. FELDMAN
934 23rd Street
San Diego, CA 92102
(619) 232-8649

Attorney for Defendant **GERADO GONZALEZ-CHAVEZ**

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

**(HON. WILLIAM B. MCCURINE)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br><br>Defendant.<br><br>GERADO GONZALEZ-CHAVEZ | Case No. 08MJ0927<br><br>**EX PARTE APPLICATION FOR ORDER PERMITTING DEFENSE COUNSEL TO OBTAIN MEDICAL AND PSYCHIATRIC INFORMATION FROM THE METROPOLITAN CORRECTIONAL CENTER REGARDING THE PRESENT MENTAL AND PHYSICAL STATUS AND TREATMENT OF HIS CLIENT, GERADO GONZALEZ-CHAVEZ** |

I, Steven E. Feldman, am appointed counsel for defendant Gerardo Gonzalez-Chavez. I submit this ex-parte application for an order requiring the Metropolitan Correctional Center, through its legal counsel, to communicate with me concerning the mental and physical status of his client.

Counsel is appointed pursuant to the Criminal Justice Act and has sought to obtain from the Metropolitan Correctional Center information concerning the mental and physical status of his client.

Counsel has spoken by telephone with Metropolitan Correctional Center Senior Counsel, Nellie Torres Klein, and has been advised that the Metropolitan Correctional Center will not provide to me access to my client's medical information at this time. I have advised Ms. Torres Klein, as well as the court today, that I believed that there may be a competency issue regarding my client.

For the information of the court, today, April 10, 2007, was the first appearance for my client Mr. Gonzalez-Chavez. Immediately prior to the court taking the bench, there was a delay in the courtroom and I later, through speaking with Marshall's personnel, learned that my client had suffered a seizure.

This information was put on the record and the matter has now been continued until next Tuesday, April 15, 2008, at 9:30 a.m. before this court.

Following my court appearance today, I contacted the Metropolitan Correctional Center Medical Unit, and was advised that I must speak with legal counsel. I thereafter spoke with Ms. Torres Klein and was advised that I would need an order of the court to gain access to the information I was seeking.

In order for me to competently discharge my duties as defense counsel, I believe that I must obtain information from medical staff at the Metropolitan Correctional Center where my client is presently housed. Because there may be a competency issue, I believe that a court order is an appropriate mechanism to utilize to allow me access to this necessary information concerning my client.

I am therefore requesting that the court issue an order permitting the Metropolitan Correctional Center, and its legal counsel, Nellie Torres Klein, to speak to me and to provide to me all details and records concerning my client's medical and psychiatric/psychological information. In the absence of such an order, I do not believe that the Metropolitan Correctional Center will provide to me the requested information.

I have spoken with Nellie Torres Klein and she has advised that she does not object to the issuance of such an order.

Dated: April 10, 2008

Respectfully submitted,

*s/Steven E. Feldman*
Attorney for Mr. Gonzalez-Chavez
sfeldman77@san.rr.com

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>GERARDO GONZALEZ-CHAVEZ<br>Defendant. | ) | Criminal Case No. 08mj0927<br><br>**CERTIFICATE OF SERVICE** |

IT IS HEREBY CERTIFIED THAT:

I, STEVEN E. FELDMAN, am a citizen of the United States and am at least eighteen years of age. My business is located at 934 23rd Street, San Diego, California 92102.

I am not a party to the above-entitled action. I have caused service of the:

**EX PARTE APPLICATION FOR ORDER PERMITTING DEFENSE COUNSEL TO OBTAIN MEDICAL INFORMATION FROM M.C. REGARDING HIS CLIENT,**

on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Douglas Keehn Esq.
Assistant United States Attorney
880 Front Street, Room 6293
San Diego, California 92101

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 10, 2008

s/Steven E. Feldman
Attorney for Defendant GONZALEZ-CHAVEZ
sfeldman77@san.rr.com