FILED
08 APR 15 PM 2:49
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: DEPUTY

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

**(HON. WILLIAM B. MCCURINE)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>Gerardo Gonzalez-Chavez<br>Defendant. | Case No.08mj0927<br>**ORDER PERMITTING DEFENSE COUNSEL TO OBTAIN MEDICAL AND PSYCHIATRIC INFORMATION FROM THE METROPOLITAN CORRECTIONAL CENTER REGARDING THE PRESENT MENTAL AND PHYSICAL STATUS AND TREATMENT OF HIS CLIENT GERADO GONZALEZ-CHAVEZ** |

**IT IS HEREBY ORDERED** that the Metropolitan Correctional Center through its Sr. Legal counsel, Nellie Torres Klein, grant access to Steven E. Feldman, any and all information in its possession concerning the mental and physical status of his client Gerado Gonzalez-Chavez.

**IT IS SO ORDERED.**

Dated: 4/15/08

HONORABLE WILLIAM B. MCCURINE
UNITED STATES MAGISTRATE JUDGE