FILED
2008 JUL -9 PM 2:53
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY KMH DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

June 2008 Grand Jury

'08 CR 2261 BTM

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. GERARDO GONZALEZ-CHAVEZ, Defendant. | Criminal Case No. ________ <br> I N D I C T M E N T <br> Title 8, U.S.C., Secs. 1326(a) and (b) - Deported Alien Found in the United States |

The grand jury charges:

On or about November 25, 2007, within the Southern District of California, defendant GERARDO GONZALEZ-CHAVEZ, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Sections 1326(a) and (b).

//

//

MIP:nlv:San Diego
7/8/08

It is further alleged that defendant GERARDO GONZALEZ-CHAVEZ was removed from the United States subsequent to September 15, 2006.

DATED: July 9, 2008.

A TRUE BILL:

Foreperson

KAREN P. HEWITT
United States Attorney

By: MICHELLE M. PETTIT
Assistant U.S. Attorney